IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 11-CR-00333-BR |
| v. | INDICTMENT |
| LOUIE ANDERSON SHIPPENTOWER, | 18 U.S.C. § 922(g) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about July 24, 2011, in the District and State of Oregon, **LOUIE ANDERSON SHIPPENTOWER**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) On or about July 21, 2008, in the Circuit Court of Umatilla County, Oregon, Case Number CR070413, for the crime of Unlawful Use of a Weapon Against Another, and,

(2) On or about July 10, 2009, in the Circuit Court of Umatilla County, Oregon, Case Number CR90067, for the crime of Coercion,

did knowingly and unlawfully possess one or more of the following rounds of ammunition, and a firearm, to-wit:

1) thirty-one rounds of .45 caliber ammunition, and

2) a Springfield Model XD .45 caliber semi-automatic pistol, serial number US795310, which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

Page 1 - INDICTMENT
   *United States v. Louie Anderson Shippentower*

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this indictment, defendant, **LOUIE ANDERSON SHIPPENTOWER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and ammunition which was involved in that offense, including without limitation:

1) thirty-one rounds of .45 caliber ammunition, and

2) a Springfield Model XD .45 caliber semi-automatic pistol, serial number US795310.

Dated this 16th day of August, 2011

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

JOHNATHAN S. HAUB, OSB #76165
Assistant United States Attorney