Susan Russell, OSB No. 89451
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: susan_russell@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 03:11-cr-00333-BR |
| **Plaintiff,** | **AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE** |
| **vs.** | |
| **LOUIE SHIPPENTOWER,** | |
| **Defendant.** | |

**STATE OF OREGON        )**
**                          ) ss.**
**County of Multnomah      )**

I, Susan Russell, being duly sworn, hereby depose and say:

1.      I represent Louie Shippentower, who is charged with Felon in Possession of

Page 1   AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE

a Firearm.  Trial is set for June 26, 2012.  Mr. Shippentower is in custody.

2.     A continuance is necessary in order to afford defense counsel adequate time to complete pretrial investigation, obtain necessary records, consult with the defendant and explore possible defenses and pretrial motions, as well as meet with the government  and present mitigating information in an attempt to resolve the case short of trial.  This is the first continuance request.

3.     The failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(A).

4.     Defense counsel has discussed this requested continuance with counsel for the government, John Haub, and he has no objection to the requested continuance.

5.     Defense counsel has spoken with Louie Shippentower, explained the reasons for requesting a continuance, and the rights that Mr. Shippentower has under the Speedy Trial Act.  Mr. Shippentower agrees with defense counsel's request for a continuance and waives his rights under the Speedy Trial Act.

6.     This affidavit is made in good faith and in support of Mr. Shippentower's

motion for continuance of the trial date in this case.

DATED this 21st day of June, 2012.

/s/ Susan Russell
Susan Russell
Attorney for Defendant

SUBSCRIBED AND SWORN TO before me this 21st day of June, 2012.

/s/ Christine Moore
Notary Public for Oregon