S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**JOHNATHAN S. HAUB, OSB #** 76165
Assistant United States Attorney
John.Haub@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1032
Facsimile:  (503) 717-1117
  Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA.**<br><br>v.<br><br>**LOUIS ANDERSON SHIPPENTOWER,**<br>**Defendant.** | Case No. 3:11-CR-00333 BR<br>**GOVERNMENT'S SENTENCING**<br>**MEMORANDUM**<br><br>Sentencing Date:<br>December 13, 2012 @ 10:00 a.m. |

  The United States of America, through S. Amanda Marshall, United States Attorney for the District of Oregon, and Johnathan S. Haub, Assistant United States Attorney, hereby submits the following sentencing memorandum for the Court's review.

### A. Government's Sentencing Recommendation

  A Presentence Report (PSR) has been completed.  Sentencing is currently set for December 13, 2012.  The government believes that the facts underlying the defendant's count of

conviction, his overall criminal activity, his Sentencing Guideline calculations and his criminal history are accurately set forth in the PSR at paragraphs 9-15.

The government believes defendant's guideline calculations as to the crime of Felon in Possession of a Firearm is correctly computed as follows:

| | |
|---|---|
| Base Offense Level, U.S.S.G. § 2K2.1(a)(2): | 24 |
| Acceptance of Responsibility, U.S.S.G. § 3E1.1: | - 3 |
| Total Offense Level: | 21 |

With an offense level of 21 and a criminal history category of VI, defendant' advisory Sentencing Guidelines range is between 77 and 96 months imprisonment. The government urges a low-end sentence.

### B.  Place of Confinement and Appeal Waiver

The government urges FCI Sheridan as a place of confinement.  There are no pending criminal charges to be dismissed as a result of plea negotiations.  Defendant has waived most or all of his appellate rights as the plea agreement contains an appeal waiver.

Dated this 21st day of November 2012.

> Respectfully submitted,
>
> S. AMANDA MARSHALL
> United States Attorney
>
> */s/ Johnathan S. Haub*
>
> JOHNATHAN S. HAUB, OSB # 76165
> Assistant United States Attorney